MILTON J. BALLIN, Respondent, *v.* APPERSON REALTY CORPORATION, Appellant, Impleaded with Others.

Argued June 13, 1940; decided July 24, 1940.

*W. Howard Fisher* for appellant.

*Ralph K. Jacobs* and *Albert Blumenstiel* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.